AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

─── OFFENSE CHARGED ───

Count One: 36 C.F.R. § 4.23(a)(1) - Operating a Motor Vehicle Under the Influence of Alcohol or Drugs – (Class B Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY:  CImprisonment: Max. 6 months; Probation: Max. 5 years; Fine: Max. $5000; Mandatory Special Assessment Fee: $10

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

─── DEFENDANT - U.S. ───

▶ Marisela Lopez Feldman

DISTRICT COURT NUMBER
CR 16 248

MAG

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)
U.S. Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person Furnishing Information on this form   BRIAN J. STRETCH
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   WILLIAM J. EDELMAN

─── DEFENDANT ───

IS NOT IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
  ☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____
  If Summons, complete following:
  ☐ Arraignment  ☐ Initial Appearance
  Defendant Address:
  _____

  * Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

  Date/Time: _____   Before Judge: _____

  Comments:

1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  WILLIAM J. EDELMAN (CABN 285177)
   Special Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102-3495
         Telephone: (415) 436-7265
7        FAX: (415) 436-7234
         william.edelman@usdoj.gov
8
   Attorneys for the United States of America
9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,           )  CASE NO. CR 16 248
                                        )
14          Plaintiff,                  )  VIOLATION: 36 C.F.R. § 4.23(a)(1)—Operating a
                                        )  Motor Vehicle Under the Influence of Alcohol (Class
15      v.                              )  B Misdemeanor)
                                        )
16  MARISELA LOPEZ FELDMAN,             )  SAN FRANCISCO VENUE
                                        )
17          Defendant.                  )
                                        )
18                                      )
                                        )
19  _____ )

20                                 I N F O R M A T I O N

21  The United States Attorney charges:

22  COUNT ONE: (36 C.F.R. § 4.23(a)(1)—Operating a Motor Vehicle Under the Influence of Alcohol)

23         On or about September 17, 2015, in the Northern District of California, on federally-owned land

24  administered by the National Park Service, the defendant,

25                              MARISELA LOPEZ FELDMAN,

26  unlawfully and knowingly operated and was in actual physical control of a motor vehicle while under

27  //

28  INFORMATION

1 | the influence of alcohol to a degree that rendered her incapable of safe operation, in violation of Title 36,
2 | Code of Federal Regulations, Section 4.23(a)(1), a Class B Misdemeanor.
3
4 | DATED: June 10, 2016                          BRIAN J. STRETCH
                                                   United States Attorney
5
6                                                  _____
                                                   DANIEL KALEBA
7                                                  Chief, General Crimes
8
9 | (Approved as to form: _____ )
                           WILLIAM J. EDELMAN
10                         Special Assistant United States Attorney

28 | INFORMATION                                  2